DECCA HOSPITALITY
FURNISHINGS, LLC,
Plaintiff–Appellee,

and

Maria Yee, Inc., Pyla HK Ltd., and Guangzhou Maria Yee Furnishings, Ltd., Plaintiffs,

v.

UNITED STATES, Defendant,

and

American Furniture Manufacturers' Committee for Legal Trade, Vaughan–Bassett Furniture Company, Inc., Cabinet Makers, Millmen, and Industrial Carpenters Local 721, UBC Southern Council of Industrial Workers Local 2305, United Steel Workers of America Local 193U, Carpenters Industrial Union Local 2093, Teamsters, Chauffers, Warehousemen and Helpers Local 991, and IUE Industrial Division of CWA Local 82472, Defendants–Appellants.

Nos. 2006–1250, 2006–1337.

United States Court of Appeals,
Federal Circuit.

May 16, 2006.

*ORDER*

Upon consideration of the appellants' unopposed motion to voluntarily dismiss their appeals of the judgment and order entered by the Court of International Trade in trial court no. 05–00002,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.